PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MANUEL VELASQUEZ-RINCON, | CASE NO. 2:23-CV-00837-WBS-CKD |
| Petitioner, | |
| v. | ORDER |
| WARDEN, FCI-HERLONG, | |
| Respondent. | |

On October 13, 2023, Respondent requested an extension of time to October 31, 2023, to file its response or motion to dismiss.

IT IS HEREBY ORDERED that the Respondent's request for an extension is granted. The response is now due October 31, 2023.

Dated: October 18, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE