UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JESUS MANUEL VELASQUEZ-RINCON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, F.C.I. HERLONG,<br><br>Respondent. | No. 2:23-cv-0837 WBS CKD<br><br><br><br>ORDER |

----oo0oo----

Petitioner, proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Docket No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 8, 2024, the Magistrate Judge filed findings and recommendations recommending that the case be dismissed under Local Rules 182(f) and 110 based on petitioner's failure to keep the court apprised of his current address. (Docket No. 13.) The findings and recommendations were mailed to all parties and which

1

contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.[1]  Neither party has filed objections to the findings and recommendations.

The court agrees that the case should be dismissed, though for different reasons than the recommendation of the Magistrate Judge.  Based on the record, it appears that petitioner has not exhausted his administrative remedies.  (See Hubbard Decl. ¶ 6; App. 11 (Docket No. 12-1).) Accordingly, the court will grant respondent's motion to dismiss the petition for failure to exhaust.  See, e.g., Casellas v. Warden, FCI-Mendota, No. 1.23-cv-49 SKO, 2023 WL 4535030, *3 (July 13, 2023) (dismissing petition claiming BOP did not apply earned time credits based on failure to exhaust).

Moreover, based on the record, petitioner is subject to a final order of deportation.  (See Hubbard Decl. ¶¶ 18-19; App. 12 (Docket No. 12-1).)  Inmates with a final order of deportation are ineligible for application of earned time credits.  See, e.g., Garcia v. Thompson, Civil Action No. 3:23-0495, 2023 WL 3483236, *1-2 (M.D. Pa. May 16, 2023).  Accordingly, the court will also dismiss the petition on this alternative ground.

Accordingly, IT IS HEREBY ORDERED that:

1.  The court declines to adopt the findings and recommendations filed January 8, 2024;

---

[1] The court notes, however, that the Findings and Recommendations mailed to petitioner were returned as "undeliverable, No longer here," and that the Magistrate Judge's two prior orders mailed to petitioner's address of record were also returned as undeliverable.

    2.   Respondent's November 30, 2023 motion to dismiss (Docket No. 12) is GRANTED; and

    3.   This action is dismissed.

Dated: February 14, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE